UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONTE TAYLOR,<br><br>        Plaintiff,<br><br>    v.<br><br>JOHN DOE,<br><br>        Defendant. | Case No. 14-cv-00154-WHO<br><br>**ORDER OF DISMISSAL** |

Plaintiff Taylor has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00. He has also failed to file a complaint. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, Taylor may move to reopen the action. Any such motion **must** contain (1) a complete IFP application, or full payment for the $350.00 filing fee, **and** (2) a complaint. The Clerk shall enter judgment in favor of defendant, and close the file.

**IT IS SO ORDERED.**

**Dated:** March 3, 2014

_____
WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

MONTE TAYLOR,

        Plaintiff,

  v.

JOHN DOE,

        Defendant.
_____/

Case Number: CV14-00154 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 3, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Monte Taylor T-31655
San Quentin State Prison
IN85L
1 Main Street
San Quentin, CA 94964

Dated: March 3, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk